1  PHILLIP A. TALBERT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    CASE NO.  2:22-cr-0190-JAM

                        Plaintiff,              **STIPULATION TO VACATE STATUS
12                                               CONFERENCE AND SET CHANGE OF PLEA
                  v.                             HEARING; ORDER**
13  JARIN CRUZ-ROSALES,
                                                 DATE: April 23, 2024
14                      Defendant.               TIME: 9:00 a.m.
                                                 COURT: Hon. John A. Mendez
15  _____

16  UNITED STATES OF AMERICA,                    CASE NO.  2:23-cr-0038-JAM

                        Plaintiff,              **STIPULATION TO VACATE STATUS
17                                               CONFERENCE AND SET CHANGE OF PLEA
                  v.                             HEARING; ORDER**
18  JARIN CRUZ-ROSALES,
                                                 DATE: April 23, 2024
19                      Defendant.               TIME: 9:00 a.m.
                                                 COURT: Hon. John A. Mendez
20  _____

21                              **STIPULATION**

22          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

23  through defendant's counsel of record, hereby stipulate as follows:

24          1.      By previous order, this matter was set for an April 23, 2024 at 09:00 a.m. status

25  conference in both above-captioned matters.  *See* Case No. 2:22-CR-190-JAM, ECF No. 33; Case No.

26  2:23-CR-38-JAM, ECF No. 20 (23 case).  The Court ordered time under the Speedy Trial Act be

27  excluded under Local Code T4, up to and including that date.  *Id*.

28          2.      By this stipulation, the parties now move to convert the status conferences to a change of

plea on the indictment and an admit-deny hearing on the TSR violation petition, and to set both for April 23, 2024 at 09:00 a.m., before this Court.

3. The parties have reached an omnibus resolution in these cases, which has been memorialized in a written agreement, transmitted to the Court on April 16, 2024.

4. Because defense counsel intends to use the time between now and April 23, 2024, to prepare her client for the change of plea hearing, and the admit-deny hearing, and to continue her review and investigation of the discovery for the purposes of plea and sentencing, the exclusion of time under Local Code T4 remains appropriate.

5. The government does not object to maintaining the current exclusion of time under Local Code T4 up to and including April 23, 2024.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 17, 2024                          PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ JAMES R. CONOLLY
                                                JAMES R. CONOLLY
                                                Assistant United States Attorney

Dated:  April 17, 2024                          /s/ NOA OREN
                                                NOA OREN
                                                Assistant Federal Defender
                                                Counsel for Defendant
                                                JARIN CRUZ-ROSALES

1

**ORDER**

2    The Court, having read the foregoing stipulation of the parties, and adopting the representations

3  therein, orders as follows:

4    1. The matter, captioned Case No. 2:22-cr-190-JAM, is set for a change of plea hearing on

5       April 23, 2024, at 9:00 a.m., before this Court.

6    2. The matter, captioned Case No. 2:23-cr-38-JAM, is set for an admit-deny hearing on

7       April 23, 2024, at 9:00 a.m., before this Court.

8    3. The status conferences set in each matter on April 23, 2024, are hereby vacated in lieu of

9       the change of plea and admit-deny hearings.

10   4. The exclusion of time under Local Code T4, currently running through April 23, 2023, by

11      prior order of this Court, will remain in place.

12

13   IT IS SO FOUND AND ORDERED.

14

15  Dated: April 17, 2024                          /s/ John A. Mendez

16                                                 THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28